58 A.3d 751

**COMMONWEALTH of Pennsylvania, in the Court of Common Pleas, County of Philadelphia, Pennsylvania, Criminal Division, Respondent**

v.

**Kevin SILAS, Petitioner.**

**No. 191 EM 2012.**

Supreme Court of Pennsylvania.

Dec. 21, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**